UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 MAR 21  PM 4: 42

CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No: |
| | ) | |
| v. | ) | 2:19-cv-45 |
| | ) | |
| ONE HUNDRED TWENTY THOUSAND, | ) | |
| FIVE HUNDRED NINETY FIVE DOLLARS | ) | |
| AND FORTY CENTS, MORE OR LESS, | ) | |
| IN U.S. CURRENCY ($120,595.40), | ) | |
| | ) | |
| *Defendant.* | ) | |

## **VERIFIED COMPLAINT FOR FORFEITURE IN REM**

Plaintiff, the United States of America (the "United States"), by and through its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, brings this verified complaint and alleges, upon information and belief, as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

## **NATURE OF THE ACTION**

1. This is a civil action *in rem* to forfeit and condemn to the use and benefit of the United States all right, title and interest in one hundred twenty thousand, five hundred ninety five dollars and forty cents, more or less, in U.S. currency ($120,595.40) (the "Defendant Property"), pursuant to 18 U.S.C. § 981(a)(1)(C), as proceeds traceable to violations of 18 U.S.C. §§ 1028(a)(7) and 1030(a)(4), namely fraud and related activity in connection with identification documents, authentication features and information, and fraud and related activity in connection with computers.

## THE DEFENDANT IN REM

2.  The Defendant Property is U.S. Currency totaling $120,595.40, more or less, which was transferred from Howard Sirvent of Middlesex, Vermont to account number 238678376 in the name of CASEY WILLIAMS DBA DOUGLAS FRUITS LTD. OR TRILINC GLOBAL IMPACT FUND ASIA III LTD OR AK COMMODITIES SA, held at J.P. Morgan Chase Bank (JPMC), in New York, New York, on or about March 21, 2018. The Defendant Property was transferred following electronic communications to Sirvent that falsely purported to change the deposit instructions for completion of a sale of real estate.

3.  On December 26, 2018, the Defendant Property was transferred from JPMC account 238678376 into a Court Registry Investment System (CRIS) account held by the District Court for the Southern District of New York, referencing Case/Party: D-NYS-1-18-CV-007168-001.

4.  On February 6, 2019, this Court (Hon. John M. Conroy, M.J.) issued a criminal seizure warrant authorizing the United States to maintain custody and control of the Defendant Property, Docket Number 2:19-mc-17. The warrant was served on the clerk's office for the U.S. District Court for the Southern District of New York in a timely fashion, but as of this date, the government has been unable to secure the funds.

## JURISDICTION AND VENUE

5.  The Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355(a), as this is a civil action commenced by the United States for the recovery and enforcement of a forfeiture under federal law. The Court also has subject-matter jurisdiction pursuant to 18 U.S.C. § 981(a)(1)(C), as the Defendant Property is forfeitable as proceeds traceable to violations of 18 U.S.C. §§ 1028(a)(7) and 1030(a)(4), namely fraud and related

activity in connection with identification documents, authentication features and information and fraud and related activity in connection with computers.

6. The Court has *in rem* jurisdiction over the Property pursuant to 28 U.S.C. §1355(b)(1)(A), as certain acts or omissions giving rise to forfeiture occurred with in this District.

7. Likewise, this District is a proper venue for this action pursuant to 28 U.S.C. §1355(b)(1)(A) because certain acts or omissions giving rise to forfeiture occurred in this District.

## BASIS FOR THE FORFEITURE

8. The Defendant Property is subject to forfeiture because it is proceeds traceable to violations of 18 U.S.C. §§ 1028(a)(7) and 1030(a)(4), namely fraud and related activity in connection with identification documents, authentication features and information and fraud and related activity in connection with computers.

## STATEMENT OF FACTS

9. In March 2018, Howard Sirvent of Middlesex, Vermont was attempting to purchase a foreclosed residential property located at 41 North Field Street, Montpelier, Vermont. He worked with attorney James Jamele, Esq. on the proposed purchase. Attorney Jamele used email account jamesjamele@charter.net to communicate with Sirvent about the deal.

10. On Wednesday, March 21, 2018, at 9:06:46 AM EDT, Sirvent received an email which appeared to be from Jamele. The email displayed a sender address of

jamesjamele@charter.net and a subject notations "Re: Settlement tax charge." The email also contained a "reply-to"[1] address of jamesjameleesq@aol.com. The body of the email stated:

> Do you mind if I left that on and write you back a check at closing for the tax amount? If not I would need to get the statement re-approved. Also I have attached my wire instructions again. There was a transfer made into my CITIZENS Bank Account yon Monday that has been pending. There was an issues with the transferring bank and my Account has been placed on hold. I'm trying to resolve the issue with my bank. In other to avoid any delay on your closing, kindly send the wire to my Chase Bank Account. When exactly do you intend sending out wire transfer?
> Jim Sent from my iPhone.

Attached to the email was a document containing wire instructions identifying JPMC account number 238678376 as the correct payment destination. The document identified James Jamele, Esq. as the wire recipient for funds transfers and provided a contact telephone number of 802-333-0381.

11. In response to the email, Sirvent transferred the Defendant Property according to the instructions on the attached document instead of to James Jamele's existing account. Sirvent did not realize he had been defrauded until he arrived at Jamele's office on March 27, 2018 for the property closing and learned the payment had not been received.

12. Neither Sirvent nor Jamele have ever had access to JPMC account number 238678376. Further, Jamele is not associated with either email address jamesjameleesq@aol.com or telephone number 802-333-0381[2].

---

[1] According to the Internet Engineering Task Force (IETF), an Internet Standards Organization, Request for Comments (RFC) 2822, the "Reply-To" field indicates the mailbox(es) to which the author of the message suggests that replies be sent. In an email scam, a reply-to field may be used to ensure that any responses go to the actual sender of the message as opposed to the impersonated sender.

[2] An internet search for the service provider to telephone number 802-333-0381 indicates the number is owned by Bandwidth, a Voice-Over-Internet-Protocol service provider.

13. On December 26, 2018, pursuant to a pending civil suit in the U.S. District Court for the Southern District of New York, the full balance of account number 238678376 in the name of CASEY WILLIAMS DBA DOUGLAS FRUITS LTD. OR TRILINC GLOBAL IMPACT FUND ASIA III LTD OR AK COMMODITIES SA, some $540,731.10, was transferred into a CRIS account held by the District Court for the Southern District of New York, referencing Case/Party: D-NYS-1-18-CV-007168-001. Based on the records of activity in JPMC account number 238678376, it appears at least the majority of the Defendant Property remained in the account at the time of the transfer to the SDNY CRIS account, and/or the transferred property, as U.S. Currency from the same account, is identical to the Defendant Property.

## FIRST CLAIM FOR RELIEF
(Forfeiture Pursuant to 18 U.S.C. § 981(a)(1)(C))

14. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 13 above as if fully set forth herein.

15. Pursuant to 18 U.S.C. § 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §1028 or § 1030, is subject to forfeiture to the United States.

16. Pursuant to 18 U.S.C. § 984(a)(2), in any forfeiture action *in rem* in which the subject property is cash, any identical property found in the same place as the property involved in the offense that is the basis for the forfeiture shall be subject to forfeiture, so long as the action to forfeit such identical property is commenced within 1 year from the date of the offense that is the basis for the forfeiture.

17. The Defendant Property is personal property which constitutes proceeds traceable to violations of 18 U.S.C. §§ 1028(a)(7) and 1030(a)(4), namely fraud and related activity in connection with identification documents, authentication features and information and fraud and related activity in connection with computers.

18. Accordingly, all right, title and interest in the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984(a).

## RELIEF REQUESTED

Wherefore, the United States respectfully requests that: (1) due notice be provided to all parties known or believed to have an interest in, or right against, the Defendant Property, so that such parties may appear and show cause why forfeiture of the Defendant Property should not be decreed; (2) all right, title and interest in the Defendant Property be forfeited and condemned to the use and benefit of the United States; and (3) the United States be granted such other and further relief as the Court deems just and proper.

Dated at Burlington, in the District of Vermont, this 21st day of March, 2019.

Respectfully submitted,

CHRISTINA E. NOLAN
United States Attorney

By: /s/ Eugenia A.P. Cowles
EUGENIA A.P. COWLES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
eugenia.cowles@usdoj.gov
*Attorney for the Plaintiff*

## VERIFICATION

I, Eugenia A.P. Cowles, hereby verify and declare under penalty of perjury that I am an attorney employed by the U.S. Department of Justice, U.S. Attorney's Office, Burlington, Vermont, I have read the foregoing complaint and know the contents thereof, and the matters contained therein are true and correct to the best of my knowledge, except those matters that are alleged therein upon information and belief, which matters I believe to be true.

Dated at Burlington, in the District of Vermont, this 21st day of March, 2019.

Eugenia A.P. Cowles
Assistant U.S. Attorney

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
One Hundred Twenty Thousand, Five Hundred Ninety-Five Dollars and Forty Cents, More or Less, in U. S. Currency ($120,595.40)

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Eugenia A. P. Cowles, Assistant U. S. Attorney
11 Elmwood Ave., 3rd Floor, Burlington, VT 05401
802-951-6725

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 981(a)(1)(C)
Brief description of cause:
Forfeiture of in rem defendant as money derived from computer fraud

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Hon. John M. Conroy
DOCKET NUMBER 2:19-mc-17

DATE 3/21/2019
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE 10BB

2:19-cv-45